UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILIANA AGUILAR, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>GREENSPOON MARDER, P.A.,<br><br>Defendant. | Case No.: 17-CV-876 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 14) |

Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 14.) The parties have reached a settlement and request the Court dismiss the case with prejudice. (*See id.* at 1–2.) Good cause appearing, the Court **GRANTS** the parties' Joint Motion, (ECF No. 14), and **DISMISSES WITH PREJUDICE** this action in its entirety. As stipulated by the parties, each party shall bear its own attorney's fees and costs. (*Id.* at 1.) The Clerk of Court **SHALL** close the file.

**IT IS SO ORDERED.**

Dated: April 2, 2018

Hon. Janis L. Sammartino
United States District Judge